United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00337 |
| | § | |
| JOHN R. BREWER | § | |

## ORDER FOR ENTRY OF DEFAULT

It appearing from the records of the above-entitled action that service of the civil complaint has been made upon the defendant, John R. Brewer,

IT FURTHER APPEARING from the plaintiff's motion that defendant John R. Brewer has failed to plead, respond, or otherwise defend in said action as directed, and

IT FURTHER APPEARING that the defendant, John R. Brewer is not an infant, incompetent person, or assigned to active duty with the military.

NOW, THEREFORE, on the plaintiff's request, this 17th day of June, 2021, the Court hereby makes an entry of DEFAULT against the defendant, John R. Brewer.

It is so ORDERED.

SIGNED on this 17th day of June, 2021.

_____
Kenneth M. Hoyt
United States District Judge