IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case Number: 4:21-cv-00337 |
| JOHN R. BREWER, | § § § | |
| Defendant. | § | |

## DEFAULT JUDGMENT
## AGAINST DEFENDANT JOHN R. BREWER

On this day, the Court considered United States of America's "Motion for Default Judgment Against Defendant John R. Brewer." To date, no response in opposition to the motion has been filed. After due consideration, the Court is of the opinion that United States of America's "Motion for Default Judgment Against Defendant John R. Brewer" should be granted.

Accordingly, IT IS ORDERED that Plaintiff United States' "Motion for Default Judgment Against Defendant John R. Brewer" is GRANTED.

IT IS FURTHER ORDERED that DEFAULT JUDGMENT is HEREBY ENTERED in favor of Plaintiff United States and against Defendant John R. Brewer pursuant to Federal Rule of Civil Procedure 55(b)(2).

IT IS FINALLY ORDERED that Defendant John R. Brewer is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalties for the 2012, 2013, 2014, 2015 and 2016 years, plus interest and additional penalties on this debt

accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 in the combined amount of $174,739.72 as of June 17, 2021. Additional prejudgment interest and penalties shall accrue on this debt under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 17, 2021 until the date of entry of this judgment. Post-judgment interest and penalties shall accrue on this debt 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment until it is paid.

SIGNED this 31st day of August, 2021.

Kenneth M. Hoyt
United States District Judge