UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA § § § § § § § § § § §

versus

JOHN R. BREWER

ACTION NUMBER:
4:21-CV-00337

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | August 31, 2021 |
|---|---|
| Judgment in Favor of: | United States |
| Judgment Against: | John R. Brewer |
| Amount of Judgment: | $ 174,739.72 |
| Amount of Costs: | $ |
| Rate of Interest: | % Tax Rate of Interest Per 26 USC Sections 6601 & 6621 |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: NOV 0 8 2021

CLERK OF COURT

By: *[signature]*

Deputy Clerk

O:Houforms/Forms-Web

Return Recorded Copy to:
Collections/FLU
DOJ, Tax Division
717 N. Harwood, Suite 400
Dallas, TX 75201
(214) 880-9721